NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOBILEPAY LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2020-2102

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00466.

---

**JUDGMENT**

---

RAYMOND WILLIAM MORT, III, The Mort Law Firm, PLLC, Austin, TX, argued for appellant.

JESSICA LEANN ANDERSEN MARKS, Unified Patents, LLC, Chevy Chase, MD, argued for appellee. Also represented by ALYSSA J. HOLTSLANDER; JASON R. MUDD, ERIC ALLAN BURESH, Erise IP, P.A., Overland Park, KS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2022          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court